AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ray, J. Thomas | U. S. District Court - ED AR | 04/29/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Magis. Judge - Full Time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

Richard Sheppard Arnold United States Courthouse
500 West Capitol, Room D 144
Little Rock, AR 72201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Rollover IRA |
| 2. | Trustee | IRA #1 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FLC | Note and Mortgage on Rental Prop., Pulaski County, AR (Pt. VII, Line 56) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen, Inc. C.S. | A | Dividend | | | Sold | 07/05/12 | K | A | |
| 2. Applied Materials C.S. | A | Dividend | | | Sold | 04/17/12 | J | B | |
| 3. Arch Coal C.S. | A | Dividend | K | T | Buy | 06/12/12 | K | | |
| 4. Bank of America C.S. | A | Dividend | K | T | | | | | |
| 5. Barrick Gold C.S. | A | Dividend | K | T | | | | | |
| 6. Berkshire Hathaway (B) C.S. | | None | L | T | | | | | |
| 7. BP PLC ADR | B | Dividend | K | T | | | | | |
| 8. Bristol Meyers C.S. | B | Dividend | K | T | Sold (part) | 04/16/12 | K | E | |
| 9. Bunge Ltd. C.S. | A | Dividend | | | Sold | 07/09/12 | J | A | |
| 10. Cenovus Energy Inc. C.S. | A | Dividend | L | T | Buy | 01/12/12 | L | | |
| 11. Chevron C.S. | C | Dividend | L | T | | | | | |
| 12. Citigroup Inc. C.S. | A | Dividend | | | Sold | 12/24/12 | J | | |
| 13. Conoco Phillips C.S. | D | Dividend | M | T | | | | | |
| 14. Dell Inc. C.S. | B | Dividend | K | T | Buy | 10/02/12 | K | | |
| 15. Dow Chemical Co. C.S. | C | Dividend | L | T | | | | | |
| 16. DuPont C.S. | A | Dividend | J | T | | | | | |
| 17. Eli Lilly C.S. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Encana Corp. C.S. | C | Dividend | L | T | | | | | |
| 19. Exelis Inc. C.S. | B | Dividend | K | T | | | | | |
| 20. Exxon Mobil Corp. C.S. | D | Dividend | N | T | | | | | |
| 21. Fairfax Financial Hldgs C.S. | C | Dividend | M | T | | | | | |
| 22. Freeport McMorran C.S. | A | Dividend | J | T | | | | | |
| 23. Gannett Co. Inc. C.S. | B | Dividend | K | T | | | | | |
| 24. Glaxosmithkline PLC C.S. | B | Dividend | K | T | Sold (part) | 07/26/12 | K | E | |
| 25. Goodyear Tire C.S. | | None | L | T | | | | | |
| 26. Hewlett Packard C.S. | A | Dividend | K | T | Buy | 07/31/12 | K | | |
| 27. Inmet Mining Corp. C.S. | A | Dividend | L | T | | | | | |
| 28. Intel C.S. | A | Dividend | | | Sold | 06/01/12 | J | B | |
| 29. J P Morgan Chase C.S. | B | Dividend | K | T | | | | | |
| 30. Johnson & Johnson C.S. | D | Dividend | N | T | Sold (part) | 09/27/12 | L | F | |
| 31. Kon Philips C.S. | | None | L | T | | | | | |
| 32. Leucadia Corp. C.S. | A | Dividend | L | T | | | | | |
| 33. Lexmark Intl Inc. C.S. | B | Dividend | L | T | Buy | 05/30/12 | L | | |
| 34. MEMC Materials C.S. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eli Lilly C.S. | D | Dividend | N | T | Buy | 01/03/12 | M | | |
| 36. Merck & Co. Inc. C.S. | D | Dividend | N | T | | | | | |
| 37. MFC Industries C.S. | A | Dividend | J | T | | | | | |
| 38. Newmont Mining C.S. | C | Dividend | L | T | | | | | |
| 39. Nokia C.S. | | None | J | T | Buy | 10/24/12 | J | | |
| 40. Overseas Shph Group Inc. C.S. | | None | | | Sold | 10/19/12 | K | | |
| 41. Permian Basin Trust C.S. | C | Dividend | K | T | Buy | 10/01/12 | J | | |
| 42. Peabody Energy Corp. C.S. | A | Dividend | J | T | Buy | 05/23/12 | J | | |
| 43. Pfizer Inc. C.S. | C | Dividend | M | T | | | | | |
| 44. Phillips 66 C.S. | B | Dividend | L | T | Buy | 12/10/12 | K | | |
| 45. Potash Corp. C.S. | A | Dividend | J | T | | | | | |
| 46. Precision Drilling C.S. | A | Dividend | J | T | | | | | |
| 47. Sanofi Aventis C.S. | C | Dividend | L | T | | | | | |
| 48. Seagate Technology C.S. | B | Dividend | | | Sold | 03/29/12 | L | E | |
| 49. Stryker Corp. C.S. | A | Dividend | J | T | | | | | |
| 50. Teck Resources C.S. | B | Dividend | L | T | | | | | |
| 51. Thermo Fisher C.S. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Thompson Creek Metals C.S. | | None | K | T | | | | | |
| 53. Transocean Inc. C.S. | | None | L | T | | | | | |
| 54. Tsakos Nav. C.S. | B | Dividend | K | T | | | | | |
| 55. Valero Energy C.S. | B | Dividend | M | T | | | | | |
| 56. Wells Fargo C.S. | A | Dividend | K | T | | | | | |
| 57. Weyerhauser Co C.S. | A | Dividend | J | T | | | | | |
| 58. Ark. State GO Bond | B | Interest | | | Redeemed | 08/01/12 | K | | |
| 59. Fort Smith WTR Bond | B | Interest | L | T | | | | | |
| 60. UCA Rev. Bond | C | Interest | L | T | | | | | |
| 61. Charles Schwab (Cash Equivalents) | A | Interest | K | T | | | | | |
| 62. | | | | | | | | | |
| 63. ORI/Acadia & Ver. Par., LA; Genesis; Nexen; Conoco Phillips | E | Royalty | N | W | | | | | |
| 64. ORI/Regan County, TX/Pioneer Natural Resources | A | Royalty | K | W | | | | | |
| 65. W/I; Acadia & Vermillion Par., LA/Genesis; Conoco Phillips | E | Royalty | N | W | | | | | |
| 66. Rental Property (Pulaski County, AR) | D | Rent | N | W | | | | | |
| 67. | | | | | | | | | |
| 68. Rollover IRA | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 70. - Amgen C.S. | | | | | | | | | |
| 71. - Apache C.S. | | | | | Buy | 08/02/12 | L | | |
| 72. - Arch Coal C.S. | | | | | Buy | 05/08/12 | K | | |
| 73. - Bank of America. C.S. | | | | | | | | | |
| 74. - Barrick Gold Corp. C.S. | | | | | Buy | 07/26/12 | K | | |
| 75. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 76. - BP Prudhoe Bay Royalty Trust | | | | | Buy | 08/29/12 | K | | |
| 77. - CitiGroup Inc. C.S. | | | | | Sold | 08/06/12 | K | | |
| 78. - Celgene C.S. | | | | | | | | | |
| 79. - Chevron C.S. | | | | | | | | | |
| 80. - Conoco Phillips C.S. | | | | | | | | | |
| 81. - Dow Chemical C.S. | | | | | | | | | |
| 82. - DuPont C.S. | | | | | Sold | 04/18/12 | K | C | |
| 83. - Encana Corp C.S. | | | | | | | | | |
| 84. - Exxon C.S. | | | | | | | | | |
| 85. - Freeport McMoran C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - General Electric Co. C.S. | | | | | | | | | |
| 87.  - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 88.  - J.P. Morgan C.S. | | | | | | | | | |
| 89.  - Johnson & Johnson C.S. | | | | | | | | | |
| 90.  - Leucadia National Corp. C.S. | | | | | Buy | 07/09/12 | K | | |
| 91.  - Life Tech. Corp. C.S. | | | | | Sold | 11/08/12 | K | B | |
| 92.  - Merck & Co. Inc. C.S. | | | | | | | | | |
| 93.  - Mosaic Co. C.S. | | | | | Sold | 11/08/12 | K | B | |
| 94.  - Overseas Shipping Group C.S. | | | | | Sold | 05/23/12 | J | | |
| 95.  - Permian Basin Royalty Trust C.S. | | | | | Buy | 06/01/12 | K | | |
| 96.  - Pfizer Inc. C.S. | | | | | | | | | |
| 97.  - Phillips 66 C.S. | | | | | Buy | 06/15/12 | K | | |
| 98.  - Potash Corp. C.S. | | | | | | | | | |
| 99.  - Sanofi Aventis C.S. | | | | | | | | | |
| 100.  - Stryker C.S. | | | | | | | | | |
| 101.  - Teva Pharm C.S. | | | | | | | | | |
| 102.  - Total ADR | | | | | Buy | 07/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Transocean Inc. C.S. | | | | | | | | | |
| 104. - Tsakos Energy Nav. C.S. | | | | | Buy | 12/13/12 | J | | |
| 105. - Veolia Environmental ADR C.S. | | | | | Buy | 07/24/12 | J | | |
| 106. - Wells Fargo & Co. C.S. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. IRA #1 | C | Dividend | M | T | | | | | |
| 109. - Amgen Inc. C.S. | | | | | | | | | |
| 110. - Apache Corp. C.S. | | | | | Buy | 05/04/12 | J | | |
| 111. - Bank of America C.S. | | | | | | | | | |
| 112. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 113. - Bunge Ltd. C.S. | | | | | Sold | 06/06/12 | J | A | |
| 114. - Celgene C.S. | | | | | | | | | |
| 115. - Conoco C.S. | | | | | | | | | |
| 116. - Dow Chemical Co C.S. | | | | | | | | | |
| 117. - Exxon Mobil C.S. | | | | | | | | | |
| 118. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 119. - Johnson & Johnson C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - J.P. Morgan Chase C.S. | | | | | | | | | |
| 121. - Leucadia National Corp. C.S. | | | | | Buy | 07/09/12 | J | | |
| 122. - Life Tech. Corp. C.S. | | | | | Sold | 06/06/12 | J | A | |
| 123. - Merck C.S. | | | | | | | | | |
| 124. - Phillips 66 C.S. | | | | | Buy | 06/06/12 | J | | |
| 125. - Pfizer C.S. | | | | | | | | | |
| 126. - Potash Corp C.S. | | | | | | | | | |
| 127. - TEVA Pharma ADR | | | | | | | | | |
| 128. - Tsakos Energy Nav. C.S. | | | | | Buy | 12/05/12 | J | | |
| 129. - Veolia Environmental ADR C.S. | | | | | Buy | 07/06/12 | J | | |
| 130. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. IRA #2 | C | Dividend | M | T | | | | | |
| 133. - Amgen Inc. C.S. | | | | | | | | | |
| 134. - Arch Coal C.S. | | | | | Buy | 05/04/12 | J | | |
| 135. - Bank of America C.S. | | | | | | | | | |
| 136. - Barrick Gold Corp. C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 138. - Celgene C.S. | | | | | | | | | |
| 139. - Encana Corp. C.S. | | | | | | | | | |
| 140. - Exxon C.S. | | | | | | | | | |
| 141. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 142. - Johnson & Johnson C.S. | | | | | | | | | |
| 143. - Merck C.S. | | | | | | | | | |
| 144. - Permian Basin Royalty Trust C.S. | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 145. - Pfizer Inc. C.S. | | | | | | | | | |
| 146. - Teva ADR | | | | | | | | | |
| 147. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. Trust #1 | B | Dividend | L | T | | | | | |
| 150. - Amgen Inc. C.S. | | | | | | | | | |
| 151. - Bank of America C.S. | | | | | | | | | |
| 152. - Celgene C.S. | | | | | | | | | |
| 153. - Citigroup C.S. | | | | | Sold | 08/06/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Conoco Phillips C.S. | | | | | | | | | |
| 155. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 156. - Johnson & Johnson C.S. | | | | | | | | | |
| 157. - Permian Basin Royalty Trust C.S. | | | | | Buy | 08/06/12 | J | | |
| 158. - Pfizer C.S. | | | | | | | | | |
| 159. - Phillips 66 C.S. | | | | | Buy | 08/06/12 | J | | |
| 160. - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. Trust #2 | E | Dividend | O | T | | | | | |
| 163. - Amgen Inc. C.S. | | | | | | | | | |
| 164. - Apache Corp. C.S. | | | | | Buy | 11/09/12 | K | | |
| 165. - Bank of America C.S. | | | | | | | | | |
| 166. - Barrick Gold Corp. C.S. | | | | | | | | | |
| 167. - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 168. - Celgene C.S. | | | | | | | | | |
| 169. - Chevron C.S. | | | | | | | | | |
| 170. - Dow Chemical Co. C.S. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - DuPont Co. C.S. | | | | | | | | | |
| 172. - Encana Corp. C.S. | | | | | | | | | |
| 173. - Exxon C.S. | | | | | | | | | |
| 174. - Freeport McMoran C.S. | | | | | Buy | 12/05/12 | J | | |
| 175. - General Electric C.S. | | | | | | | | | |
| 176. - Gilead Sciences Inc. C.S. | | | | | | | | | |
| 177. - Johnson & Johnson C.S. | | | | | | | | | |
| 178. - Leucadia National Corp. C.S. | | | | | Buy | 07/10/12 | J | | |
| 179. - Life Technologies C.S. | | | | | | | | | |
| 180. - Merck & Co. C.S. | | | | | | | | | |
| 181. - Monsanto C.S. | | | | | Sold | 04/16/12 | J | C | |
| 182. - Overseas Shipholding Grp. C.S. | | | | | Sold | 10/22/12 | J | | |
| 183. - Permian Basin Royalty Trust C.S. | | | | | Buy | 08/29/12 | K | | |
| 184. - Pfizer C.S. | | | | | | | | | |
| 185. - Potash Corp. C.S. | | | | | | | | | |
| 186. - Sanofi Aventis C.S. | | | | | | | | | |
| 187. - Stryker C.S. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Teva Pharma C.S. | | | | | | | | | |
| 189.  - Thermo Fisher C.S. | | | | | | | | | |
| 190.  - Transocean Inc. C.S. | | | | | | | | | |
| 191.  - Vale C.S. | | | | | | | | | |
| 192.  - Veolia Environmental ADR C.S. | | | | | Buy | 07/06/12 | J | | |
| 193.  - Wells Fargo C.S. | | | | | | | | | |
| 194.  - Charles Schwab (Cash Equivalents) | | | | | | | | | |
| 195. | | | | | | | | | |
| 196.  Trust #3 | A | Dividend | K | T | | | | | |
| 197.  - Berkshire Hathaway (B) C.S. | | | | | | | | | |
| 198.  - Dow Chemical Co. C.S. | | | | | | | | | |
| 199.  - Encana Corp. C.S. | | | | | | | | | |
| 200.  - Merck C.S. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202.  Life Insurance -Flexible Premium Adjustable Life Ins. Policy | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ray, J. Thomas | 04/29/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Thomas Ray**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544